IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LASHAWN JONES, ROBERT WILSON,
LASONIA CRUMB, and SIMON SKILES,
individually and on behalf of all others
similarly situated,

Plaintiffs,

v. Case No. 1:26-cv-00934-DHU-LF

ATKINSON CONSULTING LLC,

Defendant.

**ORDER TO FILE MOTION TO APPROVE SETTLEMENT**

The parties have reached a negotiated resolution in this matter. The parties agree that the settlement requires approval by the district judge.

IT IS THEREFORE ORDERED that a motion to approve the settlement must be filed no later than **Thursday, October 01, 2026**, absent a written motion showing good cause for an extension.

Laura Fashing
United States Magistrate Judge